IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA

    Plaintiff,                                     No. 03-C-00401

    v.                                             Hon. William C. Griesbach

TECUMSEH PRODUCTS COMPANY
POLLUTION RISK SERVICES, LLC,
AND PALACE ASSOCIATES LLC,

    Defendants.

**ORDER**

    Upon consideration of the United States' Unopposed Motion for Entry of Consent Decree, and this Court being fully advised the facts and circumstances, Plaintiff's Motion for Entry of Consent Decree is **GRANTED**.

    **SO ORDERED** this   4th   day of August, 2011.

                                                       s/ William C. Griesbach
                                                       William C. Griesbach
                                                       United States District Court Judge